Don C. Bauermeister, Esq.
Alaska Bar No.: 8206005
Burke & Bauermeister, P.L.L.C.
921 West 6th Avenue, Suite 200
Anchorage, Alaska  99501
Phone:  907-277-6177
Facsimile:  907-277-6111
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TOMMY PETER, </br></br> Plaintiff, </br> vs. </br></br> UNITED STATES OF AMERICA, </br></br> Defendant. | Case No. A09-_____ CV </br></br></br> **COMPLAINT** |

Plaintiff Tommy Peter, by and through his counsel of record, Burke & Bauermeister, P.L.L.C., hereby claims and alleges as follows:

1. Plaintiff Tommy Peter, an adult, is a resident of the State of Alaska.

2. The acts or omissions upon which this cause is based occurred at the hands of the staff of and in the Yukon Kuskokwim Delta Regional Hospital, Bethel, Alaska, and/or at the hands of the staff of and in the Alaska Native Medical Center (hereafter "ANMC") in Anchorage, Alaska.

3. This suit is brought pursuant to the Federal Tort Claims Act, 28 U.S.C. § 2674, and this court has exclusive jurisdiction over this action pursuant to 28 U.S.C. § 1346(b).

4. Notice of this claim as required by 28 U.S.C. § 2675 was received by the Claims Office, Office of the General Counsel, on February 11, 2008, and by the U.S. Department of Health and Human Services on February 19, 2008.

5. Defendant has not rendered a final decision and more than six months have elapsed since plaintiffs submitted the administrative claim.

6. The employees of the Yukon Kuskokwim Delta Regional Hospital, Bethel, Alaska, are employees of the United States for purposes of liability under the FTCA if they are employees of the Yukon Kuskokwim Delta Regional Hospital, Bethel, Alaska, acting within the scope of their employment and are carrying out the compact of the Yukon Kuskokwim Delta Regional Hospital, Bethel, Alaska with the IHS at the time of the acts or inactions which gives rise to the complaint.

7. At all times pertinent to this complaint, the employees of the Yukon Kuskokwim Delta Regional Hospital, Bethel, Alaska who are alleged to have acted in a negligent manner were acting within the scope of their employment and were also carrying out the Yukon Kuskokwim Delta Regional Hospital, Bethel, Alaska compact with the IHS.

8. ANMC is operated by the Alaska Native Tribal Health

Consortium (hereafter "ANTHC") in Anchorage, Alaska. ANMC is a compacting entity of the Indian Health Service (IHS). Health care providers at ANMC are employees of the United States for purposes of liability under the FTCA if they are employees of ANMC, acting within the scope of their employment and are carrying out the compact with the IHS at the time of the act which gives rise to the complaint.

    9. At all times pertinent to this complaint, the employees of ANMC who are alleged to have acted in a negligent manner were acting within the scope of their employment and were also carrying out ANMC's compact with the IHS.

    10. On or about May 7, 2007 and again on May 10, 2007 Tommy Peter sought care in the emergency room of the Yukon Kuskokwim Delta Regional Hospital, Bethel, Alaska.

    11. On May 10 or May 11, 2007 Tommy Peter was evacuated to ANMC in Anchoraage.

    12. From May 11, 2007 through the end of July of 2007 Tommy Peter underwent multiple diagnostic and surgical procedures at ANMC and care at that same facility.

    13. On or about August 1, 2007 Tommy Peter was discharged from ANMC and sent home to Bethel, Alaska.

    14. On or about September 14, 2007 Tommy Peter was readmitted to ANMC for surgery that involved amputation of nine of his toes.

    15. During his care at the hands of defendants Tommy Peter

suffered severe methicillin resistant Staphylococcus aureus (MRSA), pneumonia, sepsis and ARDS resulting in, among other permanent and severe injuries, amputation of nine (9) toes and the loss of substantial muscular tissue of the shoulder.

16. Medical personnel employed by Yukon Kuskokwim Delta Regional Hospital, Bethel, Alaska, including resident interns, doctors and health aides, were negligent in providing medical care to plaintiff Tommy Peter. That negligence included, but is not limited to, failing to timely diagnose, failing to act with a reasonable degree of urgency, and failing to act with due care in providing medical care and treatment.

17. Medical personnel employed by ANMC, including resident interns, doctors and health aides, were negligent in providing medical care to plaintiff Tommy Peter. That negligence included, but is not limited to, failing to timely diagnose, failing to act with a reasonable degree of urgency, and failing to act with due care in providing medical care and treatment.

18. As a direct and proximate result of the negligence described above, the plaintiff, Tommy Peter sustained unnecessary: permanent and severe personal injury; great physical and mental pain; shock, agony and emotional suffering; loss of enjoyment of life; loss of earning capacity; loss of earnings and other economic and non-economic damage in excess of $100,000.00, the exact amount to be determined at trial.

WHEREFORE, the plaintiff pray for relief as follows:

A. An amount in excess of One-hundred Thousand Dollars ($100,000.00), the exact amount to determined at trial;

B. For costs and such other and further relief as this court deems just and equitable.

Dated this 26th day of June 2009.

/s/Don C. Bauermeister
Don C. Bauermeister
BURKE & BAUERMEISTER, P.L.L.C.
Attorney for Plaintiff
ABA No. 8206005

**Initial Service upon:**

Attorney General Eric H. Holder
Office of the U.S. Attorney General
U.S. Department of Justice
Main Justice Building
10th & Constitution Avenue NW
Washington, D.C.   20530

Karen L. Loeffler, Acting U.S. Attorney
Office of the U.S. Attorney, District of Alaska
222 West 7th Avenue, #9, Room 253
Anchorage, AK   99513-7567

Courtesy Copy by Fax to (907)271-2344
Gary M. Guarino, Civil Division Chief
Office of the U.S. Attorney, District of Alaska