IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| TOMMY PETER,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendants. | Case No. 3:09-cv-00128 TMB<br><br>**ORDER GRANTING STIPULATION TO DISMISS** |

Based upon the stipulation of the parties, it is ORDERED that all claims asserted or that could have been asserted by plaintiff in this action are dismissed with prejudice, each side to bear its own costs, expenses, and attorney fees.

Dated: July 20, 2012

s/TIMOTHY M. BURGESS
Timothy M. Burgess
U.S. District Court Judge